**Names Mentioned in Narratives**

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮    Primary - 1906030062

▮▮▮▮▮▮, ▮▮▮▮▮▮    Primary - 1906030062

## Primary Narrative By Trevor Arrowood, 06/03/19 05:03
1906030062

On 06/03/2019 at approximately 0355 Officers Arrowood, Maggio, Mentesana, Pearcy, Thomason, and Sgt. Englert responded to 731 Douglas Street in reference to a Burglary to Vehicle in Progress. This incident occurred within the city limits of Rock Hill, SC, County of York.

While on scene, Officers spoke with ▮▮▮▮▮▮▮▮ and ▮▮▮▮▮▮▮▮ who stated they observed 4 teenage black males wearing hoodies inside of their 2003 White Honda Accord. ▮▮▮▮ informed Officers that she had left her doors unlocked and that there was nothing inside of the vehicle because she had just bought it. ▮▮▮▮ stated the dashboard of the vehicle had been damaged by the teenagers. ▮▮▮▮ stated she didnt observe anything missing at the time.

While speaking with ▮▮▮▮ and McCoy, Officer Arrowood observed the 4 males running on Lucky Lane and informed Officers that were circulating the area. Officers searched the field where the suspects were last seen but did not see anyone. Officers observed an open door of a residence in the area and searched it. While conducting the search Officers located an older male in the residence, but did not located the juveniles.

This report is administratively closed.

**Case Forms**
   Victim Form for ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
   Victim Notification Form 6/3/19
   Primary Narrative (1906030062) 6/3/19 by Trevor Arrowood



# ROCKHILL
SOUTH CAROLINA

July 1, 2019

Jethro Devane
1750 Trellis Dr.
Rock Hill, SC 29732


Dear Mr. Devane:

RE: Citizen Complaint
    Complaint Number 2019-0095

This letter is in response to your complaint regarding the handling of an incident involving you, Officer Mentesana, and Officer Maggio. Captain Stinson has completed his investigation of the incident and submitted his report and supporting documentation to me. Captain Stinson has reported that the allegation you brought of Officer Mentesana being discourteous to you have been sustained. Further, Captain Stinson has reported that the allegation you brought of Officer Mentesana and Officer Maggio conducting an improper search have been exonerated.

My review of the investigating officer's report leads me to concur and conclude that the allegation, of Officer Mentesana being discourteous to you is **SUSTAINED**. On the allegation of improper search by Officer Mentesana and Officer Maggio, I concur and conclude that this complaint is **EXONERATED**. Procedurally, Officer Mentesana and Officer Maggio acted within established policies and standard operating procedures of the Rock Hill Police Department.

Sincerely,

Chris Watts
Chief of Police


c:
  Captain Stinson
  Lieutenant Tripp
  Officer Mentesana
  Officer Maggio

CITY OF ROCK HILL POLICE DEPARTMENT
120 EAST BLACK STREET
ROCK HILL, SC 29730 • 803-329-7200