

# Memorandum

_____

**To:  WCNC**

**From: Lt Michael Chavis**

**Date: 12/22/2020**

**RE: Devane Request**

_____

On June 3rd, 2019, Rock Hill Police Officers responded to a call for service on Douglas Street at 3:55 am, where the complainant reported to dispatch his vehicle had just been broken into by four subjects, possibly juveniles. Our officers began responding to the area and were updated the subjects were walking on Lucky Lane. One of our officers observed the subjects on Lucky Lane as the subjects fled on foot. Our officer gave pursuit on foot and the subjects ran behind 236 Lucky Lane. During this foot pursuit, additional officers were responding to the area to assist in apprehension.  These officers arrived in the area going into the backyard of 236 Lucky Lane where the subjects just ran. As the officers continued through the backyard, they came upon 237 Barber Street, which is directly behind 236 Lucky Lane. The officers observed the grass to be uncut, a swimming pool unmaintained, and the door of the residence standing completely open. There were no lights on inside the residence or outside the residence. Officers believed the residence to be unoccupied.

Our officers focused on the residence due to the circumstances which lead them there. With the reasonable belief the subjects could have run inside the residence, the residence appearing to be abandoned, and in the interest of public safety to make sure no one else was inside being harmed, our officers decided to physically check the residence. While making approach, they encountered Mr. Devane who appeared in the doorway, only being illuminated by the officer's flashlights. All the lights to residence were still off. Mr. Devane was detained by officers for safety as the residence was still not completely checked. Officers then conducted a protective sweep of the residence. Once officers were able to verify Mr. Devane's identity and account of his being at the residence they left the scene and continued checking the area for the subjects who broke into the vehicle.

Lt. Michael Chavis

Rock Hill Police Department